ABRAM FRIEDLAND, Respondent, *v.* COMMONWEALTH FIRE INSURANCE COMPANY OF OTTUMWA, IOWA, Appellant.

*Friedland* v. *Commonwealth Fire Ins. Co.*, 143 App. Div. 570, affirmed.
(Argued January 16, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 9, 1911, affirming a judgment in favor of

45

plaintiff entered upon a verdict in an action to recover on a policy of fire insurance.

*Edwin T. Taliaferro* and *E. B. Wilson* for appellant.

*J. Solon Einsohn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.